[No. 34411-1-I. Division One. June 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-00087-1, J. Kathleen Learned, J., entered April 6, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 34583-4-I. Division One. June 26, 1995.]

THE CITY OF BELLEVUE, *Respondent*, v. HILTON J. KRAVIK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-01990-0, Sally Phillips Pasette, J., entered September 8, 1993. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse, J., and Pekelis, J. Pro Tem.


[No. 34791-8-I. Division One. June 26, 1995.]

SECURE BENEFITS, INC., ET AL., *Appellants*, v. OFFICE OF THE ATTORNEY GENERAL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-05953-0, R. Joseph Wesley, J., entered May 11, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid and Becker, JJ.